# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-960**
**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
January 28, 2025

## Title

**Title of Work:** Vizsla and the butterfly

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 01, 2011
**Nation of 1st Publication:** Canada

## Author

- **Author:** Lee Ann Shepard, dba L.A. Shepard Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lee Ann Shepard, dba L.A. Shepard Art
67 Sunset Circle, Cochrane, AB, T4C 0C3, Canada

## Rights and Permissions

**Name:** Lee Ann Shepard
**Email:** lashepardart@hotmail.com
**Address:** 67 Sunset Circle
Cochrane, AB T4C 0C3 Canada

## Certification

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** LS2025012703


L.A. SHEPARD ART©

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-448-221**
**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:** Yorkshire Terrier

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 28, 2018
**Nation of 1st Publication:** Canada

## Author

- **Author:** Lee Ann Shepard, dba L.A. Shepard Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lee Ann Shepard, dba L.A. Shepard Art
67 Sunset Circle, Cochrane, AB, T4C 0C3, Canada

## Rights and Permissions

**Name:** Lee Ann Shepard
**Email:** lashepardart@hotmail.com
**Address:** 67 Sunset Circle
Cochrane, AB T4C 0C3 Canada

## Certification

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** LS2025012707


L.A. SHEPARD ART©

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-959**
**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
January 28, 2025

## Title

**Title of Work:** Chocolate Labrador Retriever 1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 07, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Lee Ann Shepard, dba L.A. Shepard Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lee Ann Shepard, dba L.A. Shepard Art
67 Sunset Circle, Cochrane, AB, T4C 0C3, Canada

## Rights and Permissions

**Name:** Lee Ann Shepard
**Email:** lashepardart@hotmail.com
**Address:** 67 Sunset Circle
Cochrane, AB T4C 0C3 Canada

## Certification

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** LS2025012701


L.A. SHEPARD ART©

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-958**

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
January 28, 2025

## Title

**Title of Work:** German shepherd pup with ball

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 01, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Lee Ann Shepard, dba L.A. Shepard Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lee Ann Shepard, dba L.A. Shepard Art
67 Sunset Circle, Cochrane, AB, T4C 0C3, Canada

## Rights and Permissions

**Name:** Lee Ann Shepard
**Email:** lashepardart@hotmail.com
**Address:** 67 Sunset Circle
Cochrane, AB T4C 0C3 Canada

## Certification

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** LS2025012702


L.A. SHEPARD ART©

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-448-220**
**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:** Newfoundland in Snow

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 29, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Lee Ann Shepard, dba L.A. Shepard Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lee Ann Shepard, dba L.A. Shepard Art
67 Sunset Circle, Cochrane, AB, T4C 0C3, Canada

## Rights and Permissions

**Name:** Lee Ann Shepard
**Email:** lashepardart@hotmail.com
**Address:** 67 Sunset Circle
Cochrane, AB T4C 0C3 Canada

## Certification

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** LS2025012706


L.A. SHEPARD ART©